IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

STEVEN CLARK,

    Plaintiff,

v.                              CIVIL ACTION NO.: CV513-087

RANDY ROYAL, Sheriff, and
CAPT. JIM STAPLETON,

    Defendants.

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. In his objections, Plaintiff states that Defendants are not entitled to qualified immunity as to his access to the courts and religious violations claims. By Order dated November 8, 2013 Order, these claims were sanctioned by the Court and Defendants were served as to those claims. Plaintiff's objections are without merit. The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's Religious Land Use and Institutionalized Persons Act claims are **dismissed** in their entirety. Plaintiff's monetary damages claims against Defendants in their official capacities are **dismissed**.

Additionally, Plaintiff's objects to the Magistrate Judge's Order dated November 8, 2013 (doc. 7), denying his Motion for Appointment of Counsel. Plaintiff's objection is **overruled**. The Magistrate Judge's order is neither clearly erroneous nor contrary to law.

SO ORDERED, this 31 day of March, 2014.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)