IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

STEVEN CLARK,

    Plaintiff,

v.                                        CIVIL ACTION NO.: CV513-087

RANDY ROYAL, Sheriff and
CAPT. JIM STAPLETON.

    Defendants.

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Defendants' Motion for Summary Judgment as to Plaintiff's access to the courts claim is **GRANTED**, and the corresponding portion of Plaintiff's Complaint is **DISMISSED**. Defendant's Motion for Summary Judgment, as converted into a Motion to Dismiss, regarding Plaintiff's First Amendment claims is **GRANTED,** and the corresponding portion of Plaintiff's Complaint is **DISMISSED**, without prejudice, for failure to exhaust his administrative remedies. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment.

**SO ORDERED**, this 6 day of November, 2014.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)