# United States District Court
## Southern District of Georgia

STEVEN CLARK,

v.

RANDY ROYAL, Sheriff and
CAPT. JIM STAPLETON,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV513-087

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court dated November 6, 2014 adopting the Report and Recommendation of the Magistrate Judge, judgment of dismissal is hereby entered and this case stands dismissed.

Approved by: _____
Chief Judge Lisa Godbey Wood

Date: November 12, 2014

Scott L. Poff
Clerk

_____
(By) Deputy Clerk